VCG SPECIAL OPPORTUNITIES MASTER FUND LIMITED, Plaintiff–Counter–Defendant–Appellant,

v.

CITIBANK, N.A., Defendant–Counter–Claimant–Appellee.

No. 08–5707–cv.

United States Court of Appeals, Second Circuit.

Dec. 8, 2009.

508

Steven G. Mintz and Terence W. McCormick, Mintz & Gold LLP, New York, NY, for Plaintiff–Counter–Defendant–Appellant.

Allan J. Arfea and Karen R. King, Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, NY, for Defendant–Counter–Claimant–Appellee.

Present: WILFRED FEINBERG, WALKER and ROBERT A. KATZMANN, Circuit Judges.

## SUMMARY ORDER

Substantially for the reasons stated in the District Court's Opinion and Order dated November 4, 2008, 594 F.Supp.2d 334, and Memorandum and Order dated January 28, 2009, 2009 WL 311362, we conclude that the defendant's motion for judgment on the pleadings was properly granted. Accordingly, we **AFFIRM** the judgment of the District Court.